IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>RECON REFRACTORY<br>& CONSTRUCTION, INC., )<br><br>Defendant. ) | Civil Action No. 06-2080 (ESH) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On February 12, 2007, service of the Summons and Complaint in this action was made upon Recon Refractory & Construction, Inc., by delivering said documents at 3914 B Cherry Avenue, Long Beach, CA 90807 upon C. Jetton, Legal Department, authorized to accept service on behalf of Recon Refractory & Construction, Inc.

3. Proof of such service is provided by the Declaration of process server, Gonzalo Palacios, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _February 15, 2007_   _____
Ira R. Mitzner

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02-12-07 @ 3:25 pm |
| NAME OF SERVER (PRINT) Gonzalo Palacios | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by serving C. Jetton, Legal Department, authorized to accept. Service was completed at 3914 B Cherry Avenue, Long Beach, CA 90807.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/13/07__
          Date

Signature of Server

CAPITOL PROCESS SERVICES
1627 19TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Address of Server

* Complaint with Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.