IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN J. FLYNN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RECON REFRACTORY & CONSTRUCTION, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-2080 (ESH)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court has been informed that the parties have reached an agreement on the Plaintiffs' Motion for (i) a Preliminary Injunction Compelling Interim Payments of EWL and (ii) an Expedited Hearing. Pursuant to this agreement, it is hereby

**ORDERED** that, in consideration for Recon Refractory & Construction, Inc. ("Recon") paying the Plaintiffs a total of $37,582.97, representing past due employer withdrawal liability ("EWL") payments for December 2006 and January 2007, interest, liquidated damages, and $10,000 in attorney's fees and costs, the Plaintiffs' motion for a preliminary injunction and expedited hearing be, and it hereby is, **WITHDRAWN** without prejudice, and further

**ORDERED** that Recon agrees to pay, and shall pay, all future EWL payments in accordance with the schedule set forth in the Plaintiffs' October 4, 2006 letter to Recon, unless and until an arbitrator determines that the Fund is not entitled to the assessed EWL, and further

**ORDERED** that this matter is hereby referred to Magistrate Judge _____ for arbitration, with the parties stipulating that, at such arbitration, the Magistrate Judge shall have the same powers as an arbitrator enumerated in the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1401, to resolve the EWL dispute between the parties.

**SO ORDERED**, this ____ day of _____, 2007.

_____
Ellen Segal Huvelle
United States District Court Judge
District of Columbia