AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN J. FLYNN, et al.,

        Plaintiff(s)      )  **APPEARANCE**

        vs.      )  CASE NUMBER   C.A. No. 06-2080 (ESH)

RECON REFRACTORY &
CONSTRUCTION, INC.,
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael E. Avakian  as counsel in this
            (Attorney's Name)

case for:  Defendant Recon Refractory & Construction, Inc.
            (Name of party or parties)

February 21, 2007
Date

*[Signature]*
Signature

Michael E. Avakian
Print Name

5211 Port Royal Road, Suite 610
Address

Springfield,   VA   22151
City   State   Zip Code

391924
BAR IDENTIFICATION

703-321-9181
Phone Number