UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et *al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 06-2080 (ESH) |
| | ) |
| RECON REFRACTORY & | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR ADMISSION**
**OF ATTORNEY *PRO HAC VICE***

Defendant Recon Refractory & Construction, Inc., by and through counsel of record, respectfully moves the Court pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, for the Admission of Eugene F. McMenamin, Jr., as attorney *pro hac vice* for Defendant in this case.

In support of this Motion, the attached Declaration of Mr. McMenamin shows that he is a) a member of the bar of the highest court of the State of California, b) there are no disciplinary actions pending against him in any jurisdiction where he is a member of the bar, 3) and he has read and is familiar with the Local Rules of this Court.

Mr. McMenamin has also been counsel of record for Defendant in other legal matters. His admission in this case will assist Defendant in presenting its case to the Court.

Defendants counsel has been consulted concerning this Motion for Admission *Pro Hac Vice* of Mr. McMenamin here and have stated to counsel they have no objection to Mr. McMenamin's admission *pro hac vice* in this case.

This Motion for admission *pro hac vice* meets all the requirements for admission of an attorney *pro hac vice* under the Court's Local Civil Rules.

      WHEREFORE, Defendant respectfully requests for good cause shown, that its Motion for Admission of Mr. McMenamin as attorney *pro hac vice* in this case, be granted.

                                        Respectfully submitted,

                                        RECON REFRACTORY & CONSTRUCTION, INC.

                                    By: /s/ Michael E. Avakian
                                            MICHAEL E. AVAKIAN
                                            Bar No. 391924
                                            Attorney for Defendant

SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
(703) 321-9181

Dated: February 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et *al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-2080 (ESH) |
| ) | |
| RECON REFRACTORY & ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the DEFENDANT'S MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*, was served, via the Court's ECF system on this the 22d day of February 2007, to the counsel of record in the above styled case named below:

Ira R. Mitzner, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street N.W.
Washington, D.C.  20006-5403

_____
Michael E. Avakian
Smetana & Avakian
5211 Port Royal Road, Suite 610
Springfield, VA 22151
(703) 321-9181

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et *al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 06-2080 (ESH) |
| | ) |
| RECON REFRACTORY & | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF EUGENE F. MCMENAMIN, JR. IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Eugene F. McMenamin, Jr., declares the following:

1. I am an attorney and a member of the law firm of Atkinson, Andelson, Loya, Ruud & Romo with an office at 17871 Park Plaza Drive, Suite 200, Cerritos, CA 90703-8597, telephone number of (562) 653-3000, and email at emcmenamin@aalrr.com.

2. I have been retained by Defendant to provide legal representation in connection with the above-styled case now pending before the United States District Court, District of Columbia.

3. I have been and presently am a member in good standing of the bar of the highest court of the State of California. State Bar No. 87083.  I am also admitted in New Jersey (inactive) and District of Columbia (inactive).

4. I have been admitted to practice before the following courts and am a member in good standing in all of them: U.S. District Court for the Central District of California, United States Court of Appeals for the Ninth Circuit.

5. I have not been disciplined by any bar in the above named jurisdictions.

6. I have not been admitted to practice *pro hac vice* in this Court within the last two years.

7. I have read and am familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2007.

_____
Eugene F. McMenamin, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et *al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 06-2080 (ESH) |
| | ) |
| RECON REFRACTORY & | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The Court, having considered the Plaintiffs' Unopposed Motion for Admission of Attorney *Pro Hac Vice*, orders that:

The Motion for Admission *Pro Hac Vice* of attorney Eugene F. McMenamin, Jr. is HEREBY GRANTED.

_____      _____
Date                                                            Ellen Segal Huvelle
                                                                       United States District Court Judge