UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN J. FLYNN, et *al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-2080 (ESH) |
| | ) | |
| RECON REFRACTORY & CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:  Ira R. Mitzner, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street N.W.
Washington, D.C. 20006-5403

YOU ARE HEREBY NOTIFIED that on Tuesday February 27, 2007, Defendant filed the attached **Consent to Proceed Before a United Stated Magistrate Judge For All Purposes Complaint**, in the United States District Court for the District of Columbia, a copy of which is served upon you.

Dated: February 27, 2007

Respectfully submitted,

RECON REFRACTORY & CONSTRUCTION, INC.

By: /s/ Michael E. Avakian
MICHAEL E. AVAKIAN
Bar No. 391924
Attorney for Defendant

SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
(703) 321-9181

Dated: February 27, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et *al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 06-2080 (ESH) |
| | ) |
| RECON REFRACTORY & | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that the DEFENDANT'S NOTICE OF MOTION , was served, via the Court's ECF system on this the 27TH day of February 2007, to the counsel of record in the above styled case named below:

    Ira R. Mitzner, Esq.
    DICKSTEIN SHAPIRO LLP
    1825 Eye Street N.W.
    Washington, D.C.  20006-5403

_____
Michael E. Avakian
Smetana & Avakian
5211 Port Royal Road, Suite 610
Springfield, VA 22151
(703) 321-9181

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et *al.*, )<br>    Plaintiff(s)  )<br>    )<br>v.  )<br>    )<br>RECON REFRACTORY &CONSTR, INC.,  )<br>    Defendant(s)  ) | Civil Action No. No. 06-2080 (ESH) |

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          _____
Attorney for the Plaintiff(s)                              Date

*[signature]*

_____          February 27, 2007
Attorney for the Defendant(s)                           Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge                               Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99