UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-2080 (ESH) |
| | ) |
| RECON REFRACTORY & | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court has been informed that the parties have reached an agreement on "Plaintiffs' Motion for (i) a Preliminary Injunction Compelling Interim Payments of EWL and (ii) an Expedited Hearing." Pursuant to this agreement, it is hereby

**ORDERED** that, in consideration for Recon Refractory & Construction, Inc.'s ("Recon's") paying plaintiffs a total of $37,582.97, representing past-due employer withdrawal liability ("EWL") payments for December 2006 and January 2007, interest, liquidated damages, and $10,000 in attorney's fees and costs, plaintiffs' motion [#2] is **WITHDRAWN** without prejudice; and it is further

**ORDERED** that Recon agrees to pay, and shall pay, all future EWL payments in accordance with the schedule set forth in plaintiffs' October 4, 2006, letter to Recon, unless and until an arbitrator determines that the Fund is not entitled to the assessed EWL.

The parties have agreed that this case shall be referred to a magistrate judge for arbitration, and they have stipulated that, at such arbitration, the magistrate judge shall have the same powers as an arbitrator enumerated in the Multiemployer Pension Plan Amendments Act of

1980, 29 U.S.C. § 1401, to resolve the EWL dispute between the parties. By separate order, the Court shall refer this case for all purposes to Magistrate Judge John M. Facciola.

**SO ORDERED**.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 28, 2007