# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN J. FLYNN, et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-2080 (JMF) |
| **RECON REFRACTORY & CONSTRUCTION, INC.,** | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

Parties have consented to proceed before a magistrate judge for all purposes in the above-captioned case, which has been assigned to this Judge for resolution. The Initial Scheduling Conference is set for May 24, 2007, at 9:30 AM. Counsel who attend must be sufficiently familiar with the case to answer any questions which arise; parties are welcome and are encouraged to attend.

Pursuant to LCvR 16.3 of the Local Rules and Federal Rules of Civil Procedure 26(f), counsel shall confer at least 21 days prior to the above date and submit their Meet and Confer Statement addressing all topics listed in LCvR 16.3(c) no later than 14 days following their meeting. Counsel are also directed to include in their Statement, or in a supplemental pleading to be filed no later than 72 hours prior to the Initial Scheduling Conference, a brief statement of the case and the statutory basis for all causes of action and defenses.

Extensions and enlargements of time will only be granted upon motion, and not upon stipulation by the parties. Motions for a continuance or other scheduling change

must be filed three business days prior to the hearing and must include alternative dates that have been agreed to by all parties.  Requests that do not include an alternative date acceptable to all parties will be denied.  Furthermore, all non-dispositive motions that fail to comply with LCvR 7(m) will be denied.

      Parties are to communicate with the Court by motion, opposition, and reply and not by letter.  Inquiries concerning the status of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Lyn Coln, at 202-354-3061, or, if she is unavailable, to the staff person in the Clerk's office designated as her substitute, and not to chambers.  Chambers personnel will not handle questions relating to the status of matters pending before Judge Facciola.

      In an emergency, chambers may be reached at 202-354-3130.

_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: April 16, 2007