IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RECON REFRACTORY )<br>& CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2080 (JMF) |

**JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, Trustees of the Bricklayers & Trowel Trades International Pension Fund, and Defendant, Recon Refractory & Construction, Inc., hereby move to amend the Magistrate Judge's Scheduling Order of August 20, 2007 in order to permit the continuation of discovery until December 4, 2007. Given the posture of current settlement discussions and the requested deferral of discovery, the parties also defer to the Court as to whether to postpone the October 26, 2007 conference set for 2:00 pm, and reschedule for a later date.

1. At a status conference held on August 20, 2007, the Magistrate Judge, acting as arbitrator under the Multiemployer Pension Plan Amendment Act of 1980, set specific deadlines for the completion of discovery, as well as for telephonic and pre-hearing conferences.

2. Specifically, the Magistrate Judge ordered that the parties complete discovery within 60 days, or by October 19, 2007. The Court also scheduled a telephonic conference for

October 26, 2007, and a pre-hearing conference for December 5, 2007. The Court scheduled the arbitration hearing for January 15 through January 17, 2008.

3. Recently, the parties have been discussing the possibility of settling the case. In the interests of judicial economy, the parties deferred certain depositions that had been scheduled while these settlement discussions continued.

4. An extension of discovery until December 4, 2007 would allow the settlement discussions to continue, but would not disturb any other dates, including the December 5, 2007 pre-hearing conference, and the January 15-17, 2008 hearing date.

For the foregoing reasons, the parties respectively request that the Court extend the discovery period until December 4, 2007.

Respectfully submitted,

Dated: October 19, 2007

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
Johnisha Matthews, DC Bar No. 492478
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, NW
 Washington, DC  20006-5403
 (202) 420-2200
 (202) 420-2201

*Attorneys for Plaintiffs*

Dated: October 19, 2007

Eugene F. McMenamin (*Admitted Pro Hac Vice*)
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
17871 Park Place Drive, Suite 200
Ceritos, CA 90703-8597
(562) 653-3200
(562)-653-3333


By: /s/ Michael E. Avakian
Michael E. Avakian, DC Bar No. 391924
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
(703) 321-9181

*Attorneys for Defendant*

DSMDB-2337634v01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RECON REFRACTORY & CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-2080 (JMF) |

### ORDER

Upon consideration of the Joint Motion for an Extension of Time to Complete Discovery and Memorandum of Support Thereof, the Court finds that good cause has been shown for granting the Motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED**, that discovery shall be completed by December 4, 2007.

**SO ORDERED**, this _____ day of _____ 2007.

_____
John M. Facciola
United States District Court Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RECON REFRACTORY & CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-2080 (JMF) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esquire
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, DC 20006
>
>Eugene F. McMenamin, Esq.
>Atkinson, Andelson, Loya, Ruud & Romo
>17871 Park Plaza Drive, Suite 200
>Cerritos, CA 90703-8597
>
>Michael E. Avakian
>Smetana & Avakian
>5211 Port Royal road, Suite 610
>Springfield, VA 22151