IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RECON REFRACTORY )<br>& CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2080 (ESH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties by their counsel stipulate to the dismissal with prejudice of this action against Defendant, Recon Refractory & Construction, Inc. The parties have settled this matter, pursuant to the terms of the Settlement Agreement and Release, attached hereto as Exhibit 1.

Respectfully submitted,

Dated: December 17, 2007

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
Johnisha Matthews, DC Bar No. 492478
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, NW
 Washington, DC  20006-5403
 (202) 420-2200
 (202) 420-2201

*Attorneys for Plaintiffs*

2363760.01

2

Dated: December 17, 2007       By: /s/ Eugene F. McMenamin
                                                    Eugene F. McMenamin (*Admitted Pro Hac Vice*)
                                                    ATKINSON, ANDELSON, LOYA,
                                                    RUUD & ROMO
                                                    17871 Park Place Drive, Suite 200
                                                    Ceritos, CA 90703-8597
                                                    (562) 653-3200
                                                    (562)-653-3333


Dated: December 17, 2007       By: /s/ Michael E. Avakian
                                                    Michael E. Avakian, DC Bar No. 391924
                                                    SMETANA & AVAKIAN
                                                    5211 Port Royal Road, Suite 610
                                                    Springfield, VA 22151
                                                    (703) 321-9181

                                                    *Attorneys for Defendant*

2363760.01

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RECON REFRACTORY )<br>& CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2080 (ESH) |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Stipulation of Dismissal With Prejudice filed by the parties in connection with claims filed to collect Employer Withdrawal Liability due Plaintiffs by Defendant, Recon Refractory & Construction, Inc., it is this ____ day of _____, _____ by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
Ellen S. Huvelle
United States District Court Magistrate Judge

2363765.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RECON REFRACTORY & CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-2080 (ESH) |

## JOINT LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC 20006
>
> Eugene F. McMenamin, Esq.
> Atkinson, Andelson, Loya, Ruud & Romo
> 17871 Park Plaza Drive, Suite 200
> Cerritos, CA 90703-8597
>
> Michael E. Avakian, Esq.
> Smetana & Avakian
> 5211 Port Royal road, Suite 610
> Springfield, VA 22151